**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis LUNA–MARTINEZ,
Defendant–Appellant.**

No. 05–40392.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David Carol Diaz, Corpus Christi, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed for Jose Luis Luna–Martinez has filed a motion for leave to withdraw and a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Luna–Martinez has filed a response. Our independent review of counsel's brief, Luna–Martinez's response, and the record discloses no nonfrivolous issue.

We decline to address Luna–Martinez's allegations of ineffective assistance of counsel on direct appeal. *See United*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998).

Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.